**Opinion issued September 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00671-CV

———————————

## IN RE AZIKIWE CLARK, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[1]

Relator Azikiwe Clark filed this pro se petition for writ of mandamus challenging the trial court's judgment in the underlying eviction proceeding. We deny the petition for writ of mandamus.

---

[1]     The underlying case is *Escape Houston v. Azikiwe Clark*, cause number 1029584, pending in the County Civil Court at Law No 4 of Harris County, Texas, the Honorable Roberta Lloyd, presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.